**FILED**
**JUNE 9, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number:   **08 C 50100**

WILKE TRUST, HOWARD WILKE, as Trustee

      V

RG GLOBAL LIFESTYLES, INC., a California Corporation, and
GRANT KING, as Chief Executive Officer,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WILKE TRUST and HOWARD WILKE, as Trustee

| |
|---|
| NAME (Type or print)<br>    Robert F. May |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    /s/ Robert F. May |
| FIRM<br>    Law Offices of Robert D. Lowe |
| STREET ADDRESS<br>    202 West State Street, Suite 200 |
| CITY/STATE/ZIP<br>    Rockford, Illinois 61101 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6291788 | (815)877-2500 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ | |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |