FILED
JUNE 9, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: **08 C 50100**

WILKE TRUST, HOWARD WILKE, as Trustee

         V

RG GLOBAL LIFESTYLES, INC., a California Corporation and
GRANT KING, as Chief Executive Officer,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WILKE TRUST and HOWARD WILKE, as Trustee

| | |
|---|---|
| NAME (Type or print) Robert D. Lowe | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  /s/ Robert D. Lowe | |
| FIRM  Law Offices of Robert D. Lowe | |
| STREET ADDRESS  202 West State Street, Suite 200 | |
| CITY/STATE/ZIP  Rockford, Illinois 61101 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6279250 | TELEPHONE NUMBER  (815)877-2500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☒   NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.   RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |