# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:    08-CV-50100

WILKE TRUST and HOWARD WILKE, as Trustee

v.

RG GLOBAL LIFESTYLES, INC. and GRANT KING, as Chief Executive Officer

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants RG Global Lifestyles, Inc. and Grant King

| |
|---|
| NAME (Type or print) |
| Reilley D. Keating |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Reilley D. Keating |
| FIRM |
| Stoel Rives LLP |
| STREET ADDRESS |
| 900 S.W. Fifth Avenue, Suite 2600 |
| CITY/STATE/ZIP |
| Portland, Oregon 97204 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6286079 | (503) 294-9823 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N"):  Yes |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N"):  No |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N"):  No |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N"):  Yes |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br>RETAINED COUNSEL                         APPOINTED COUNSEL |

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2008, a copy of the foregoing **APPEARANCE OF REILLEY D. KEATING** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system:

>Robert F. May
>Robert D. Lowe
>LAW OFFICES OF ROBERT D. LOWE
>202 West State Street, Suite 200
>Rockford, Illinois 61101
>Email: attorney.it@gmail.com

/s/ Reilley D. Keating